FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA RINAURO,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br>an Oregon company,<br><br>    Defendant. | NO. 2:18-cv-00073-SAB<br><br>**ORDER RE: DISMISSAL** |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 35. The parties stipulate and request the Court dismiss this matter with prejudice and without an award of attorneys' fees and/or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//
//
//
//
//
//
//
//

ORDER RE: DISMISSAL ^ 1

**IT IS HEREBY ORDERED:**

1. The Stipulation for Dismissal with Prejudice, ECF No. 35, is **ACCEPTED** and **ENTERED** into the record.

2. The above-captioned matter is **DISMISSED with prejudice**.

3. All deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. The jury trial date is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 19th day of December 2018.



Stanley A. Bastian
United States District Judge

ORDER RE: DISMISSAL ^ 2